Appeal No. **2021AP36-CR**

**STATE OF WISCONSIN**

Cir. Ct. No. **2018CT21**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

**STATE OF WISCONSIN,**

  **PLAINTIFF-RESPONDENT,**

  **V.**

**CHARLES L. NEEVEL,**

  **DEFENDANT-APPELLANT.**

FILED

July 1, 2021

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Hon. Brian A. Pfitzinger
Circuit Court Judge
Electronic Notice

Margaret Anne Kunisch
Electronic Notice

Dennis M. Melowski
Electronic Notice

PLEASE TAKE NOTICE that a correction was made to paragraph 7 in the above-captioned opinion which was released on July 1, 2021. A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.